UNITED STATES of America, Plaintiff—Appellee,

v.

---

John David **HUNTLEY**, Defendant—
Appellant.

No. 04–50323.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Before: GOODWIN, W. FLETCHER
and FISHER, Circuit Judges.

MEMORANDUM **

John David Huntley appeals the 57–
month sentence imposed following his
guilty plea conviction for being a felon in
possession of a firearm and ammunition in
violation of 18 U.S.C. § 922(g)(1). We
have jurisdiction pursuant to 18 U.S.C.
§ 1291.

Because appellant was sentenced under
the then-mandatory Sentencing Guidelines,
and we cannot reliably determine from the
record whether the sentence imposed
would have been materially different had
the district court known that the Guide-
lines were advisory, we remand to the
sentencing court to proceed pursuant to
*United States v. Ameline,* 409 F.3d 1073,
1084–85 (9th Cir.2005) (en banc). *See
United States v. Moreno–Hernandez,* 419
F.3d 906, 916 (9th Cir.2005).

REMANDED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

